■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMIN PEREZ, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered on or about April 17, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Catterson, Renwick, DeGrasse and Freedman, JJ.